IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CV-7-F

| | |
|---|---|
| MABEL ANN O'REILLY and <br> AVON VENTURES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE SMALL BUSINESS ADMINISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) |

This matter comes before the court on Defendant's motion to stay discovery for 60 days, up to and including July 13, 2015, so that the parties may continue preliminary settlement negotiations. [DE-11]. The parties have conducted the Rule 26(f) conference, and the proposed discovery plan was due May 21, 2015. The motion indicates Plaintiffs oppose the motion, but Plaintiffs' counsel has notified the clerk's office that they would not file a written response.

Rule 26(c) of the Federal Rules of Civil Procedure authorizes a court to issue an order limiting or staying discovery. In certain cases, a stay of discovery may be appropriate to prevent a waste of time and resources by the parties and to make efficient use of judicial resources. *See United States v. A.T. Massey Coal Co.*, No. 2:07-0299, 2007 WL 3051449, at *2 (S.D. W. Va. Oct. 18, 2007) (unpublished). Here, Defendant has demonstrated good cause for the request to stay discovery where Defendant believes settlement is possible and the requested stay is brief and will not prejudice Plaintiffs. Accordingly, Defendant's motion to stay discovery [DE-11] is ALLOWED and all discovery in this matter, including the parties' compliance with the court's order for a

discovery plan [DE-9], is STAYED until July 13, 2015.

    SO ORDERED, this the 17 day of June 2015.

                                          Robert B. Jones, Jr.
                                          United States Magistrate Judge