IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CV-7-F

MABEL ANN O'REILLY and          )
AVON VENTURES, LLC              )
                                )
        Plaintiffs,             )
                                )
        v.                      )          ORDER
                                )
THE SMALL BUSINESS ADMINISTRATION, )
A federal agency,               )
                                )
        Defendant.              )

For good cause having been shown upon the motion of the United States America, on behalf of its agency, the United States Small Business Administration, to continue the stay of discovery for sixty (60) days, it is hereby ORDERED that the motion is GRANTED.

Discovery, including the filing of a proposed discovery plan, shall be stayed for sixty (60) days, up to and including September 11, 2015. If by that date the matter is not resolved, the United States shall file a motion for leave to amend its complaint by September 18, 2015.

SO ORDERED, this the 4th day of August 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge